# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:14-cr-7-20 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| MARCUS D. MITCHELL, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on June 24, 2021 and a superseding violation report was filed on January 24, 2022. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on February 23, 2022. The defendant admitted to the following violation:

1. Leaving the Judicial District Without the Permission of the Court (violation number 2).

The Government withdrew violation number 1.

The magistrate judge filed a report and recommendation on February 24, 2022, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 2.

A final supervised release violation hearing was conducted on March 21, 2022. Present were the following: Assistant U.S. Attorney Christopher Joyce, Attorney Timothy Ivey representing the defendant; the defendant Marcus D. Mitchell; and United States Probation Officer Donald Stranathan was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 2.

IT IS ORDERED that the defendant's term of supervised release is modified to add the following additional conditions:

**Anger Management.** The defendant shall participate in an Anger Management Program as directed by your probation officer.

**Travel Restrictions.** The defendant shall not be granted any Out of District Travel in the next 12 months for any leisure or recreational purposes.

**IT IS SO ORDERED**.

Dated: March 21, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**